1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for federal Defendants

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 PREET KAMAL,                        CASE NO. 2:22-CV-01465-JDP

12                Plaintiff,           STIPULATION AND [PROPOSED] ORDER FOR
                                       FIRST EXTENSION OF TIME
13         v.

14 U.S. DEPARTMENT OF STATE, ET AL.,

15                Defendants.

16

17

18     The United States respectfully requests an additional 60-day extension of time in which to

19 respond to the Complaint, and counsel for plaintiff does not oppose.

20     This case concerns Plaintiff's spouse's visa application, which has been documentarily qualified

21 since December 2, 2021 and is awaiting scheduling for a consular interview at the U.S. consulate in

22 Sydney, Australia.  Defendants estimate that a consular interview will become available in or around

23 April 2023, which is expected to render this lawsuit moot.

24 ///

25 ///

26 ///

27 ///

28 ///

1

1 The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive
2 pleading is December 27, 2022.  The parties further request that all other filing deadlines be similarly
3 extended.

                                                Respectfully submitted,

Dated:  October 7, 2022               PHILLIP A. TALBERT
                                                United States Attorney

                                         By:  /s/ ELLIOT C. WONG
                                                   ELLIOT C. WONG
                                                   Assistant United States Attorney

                                                 /s/ CHRISTINA SULLIVAN
                                                 CHRISTINA SULLIVAN
                                                 Counsel for Plaintiff

                                      [PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   October 12, 2022                              _____
                                               JEREMY D. PETERSON
                                             UNITED STATES MAGISTRATE JUDGE