THE RADIO DCA
PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREET KAMAL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE, ET AL.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:22-CV-01465-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR SECOND EXTENSION OF TIME |

　　　The United States respectfully requests an additional 30-day extension of time in which to respond to the Complaint, and counsel for plaintiff does not oppose.

　　　This case concerns Plaintiff's spouse's visa application, which has been documentarily qualified since December 2, 2021 and is currently scheduled for a consular interview on January 3, 2023 at the U.S. consulate in Sydney, Australia. The parties anticipate the U.S. Department of State will be able to complete adjudication of the visa application shortly, which is expected to render this lawsuit moot.

///

///

///

///

1

The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is January 27, 2022.  The parties further request that all other filing deadlines be similarly extended.

                                                    Respectfully submitted,

Dated:  December 5, 2022                   PHILLIP A. TALBERT
                                                    United States Attorney

                                      By:  /s/ ELLIOT C. WONG
                                                  ELLIOT C. WONG
                                                  Assistant United States Attorney

                                                  /s/ CHRISTINA SULLIVAN
                                                  CHRISTINA SULLIVAN
                                                  Counsel for Plaintiff

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   December 5, 2022                                  _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE